# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br>Carlos Antonio Hernandez-Molina,<br>a.k.a.: Carlos Antonio Molina,<br>(A 090 834 064)<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.<br>16-7403 MJ |

DOJ 10/5/16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 5, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Carlos Antonio Hernandez-Molina, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Mesa, Arizona, on or about January 4, 2006, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY:  Charles E. Bailey, P.S. for AUSA Amy Brown

☒ Continued on the attached sheet.

_____
Complainant's signature

Barry P. Jansen,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 6, 2016

_____
Judge's signature

City and state: Phoenix, Arizona

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Barry P. Jansen, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 5, 2016, while following a lead, the Phoenix ICE Fugitive Operations Team encountered Carlos Antonio Hernandez-Molina after conducting a knock and talk at his place of residence, located on West Thomas Road, in Phoenix, Arizona. On scene, ICE Officer G. Longoria interviewed Hernandez-Molina and determined him to be a citizen of El Salvador, illegally present in the United States. On the same date, Hernandez-Molina was transported to the Phoenix ICE office for further investigation and processing. Hernandez-Molina was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Carlos Antonio Hernandez-Molina to be a citizen of El Salvador and a previously deported criminal alien. Hernandez-Molina was removed from the United States to El Salvador through or near Mesa, Arizona, on or about January 4, 2006, pursuant to an order of removal issued by an immigration

judge. There is no record of Hernandez-Molina in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Hernandez-Molina's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Carlos Antonio Hernandez-Molina was convicted of Possession of a Narcotic Drug for Sale, a felony offense, on January 3, 1997, in the Superior Court of Arizona, Maricopa County. Hernandez-Molina was sentenced to two (2) months' incarceration and four (4) years' probation. Hernandez-Molina's criminal history was matched to him by electronic fingerprint comparison.

5. On October 5, 2016, Carlos Antonio Hernandez-Molina was advised of his constitutional rights. Hernandez-Molina freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 5, 2016, Carlos Antonio Hernandez-Molina, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Mesa, Arizona, on or about January 4, 2006, and not having obtained the express consent of the Secretary of the Department of Homeland Security to

reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Barry P. Jansen,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 6th day of October, 2016.

_____
Bridget S. Bade,
United States Magistrate Judge